UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. _____

KATELYN R. KREIZINGER
a/k/a KATE ROSE,

    Plaintiff,

vs.

KATHERINE WELCH
a/k/a KATIE WELCH,

    Defendant.
_____/

## COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL

I, Plaintiff, KATELYN R. KREIZINGER a/k/a KATE ROSE, in the above-styled cause, sue Defendant, KATHERINE WELCH a/k/a KATIE WELCH, and by and through her attorneys of record, alleges as follows:

    1.    This action is filed under 17 U.S.C. § 101, et seq., and 17 U.S.C. § 501, et seq.

### Factual Allegations

    2.    Plaintiff, KATELYN R. KREIZINGER a/k/a KATE ROSE (hereinafter referred to as "KATE ROSE"), has a music video entitled "Outside"

1

featuring KATE ROSE as the only singer and talent in the video, which was released to the public and social media, including Instagram and YouTube (URL: https://youtu.be/sHYI9MOftr8) on or about March 11, 2020.

3.   Plaintiff KATE ROSE earns a living from her music and music videos.

4.   Plaintiff KATE ROSE has a copyright for this music video to protect her intellectual properties from being copied and profited from would-be thieves.

5.   In this case, Plaintiff KATE ROSE'S copyright protection did not deter the Defendant, KATHERINE WELCH a/k/a KATIE WELCH (hereinafter referred to as "KATIE WELCH") from copying portions of the Plaintiff's music video's intellectual content for her music video entitled "Beg 4 It," which was released into social media, including YouTube (URL: https://youtu.be/Wpg_9Nj7m9Q), on June 17, 2020, and on Instagram on or about February 22, 2021.

## Parties

6.   Plaintiff, KATE ROSE, is a music artist whose permanent address is in Fort Lauderdale, Florida, Broward County.

7.   Defendant, KATIE WELCH, resides in Burbank, California, with minimum contacts in Fort Lauderdale, Florida, Broward County.

## Jurisdiction and Venue

8. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq., and 17 U.S.C. § 501, et seq.

9. This court has original subject matter jurisdiction over copyright claims pursuant to 28 U.S.C. § 1331, 1338(a).

10. Defendant KATIE WELCH caused injury to Plaintiff KATE ROSE within this State, arising out of an act or omission by the Defendant KATIE WELCH outside this State and, at or about the time of the injury, products, materials or things processed, serviced or manufactured by the Defendant KATIE WELCH anywhere were used or consumed within this State in the ordinary course of commerce, trade or use.

11. This Court has personal jurisdiction over the Defendant KATIE WELCH because she has substantial and continuous ties to this State.

## Copyright Infringement - 17 U.S.C. §§ 106, et seq.

12. The Plaintiff, KATE ROSE, realleges the allegations in paragraphs 1 - 11.

13. The Plaintiff KATE ROSE is the sole owner of the copyrighted original work of the music video "Outside."

14. The United States Copyright office accepted an application for this original work entitled "Outside," which has been assigned Case Number 1-8968683311 by the Copyright office, with first date of publication specifically noted as March 11, 2020.

15. Upon information and belief, the Defendant, KATIE WELCH, has produced, reproduced, performed, and prepared derivative works based upon and copying, Plaintiff's distributed and publicly displayed music video which is protected work in Defendant's music video entitled "Beg 4 It" without the original creator, Plaintiff KATE ROSE'S consent, authorization, or permission.

16. The Defendant, KATIE WELCH, has violated the Plaintiff's, KATE ROSE, exclusive rights under the Copyright Act, 17 U.S.C. § 106 and 501 and ability to control derivative works of Plaintiff's copyrighted and protected.

17. The Defendant, KATIE WELCH, has placed her music video entitled "Beg 4 It" in the public and social media outlets, including, but not limited to, YouTube and Instagram, which has infringed upon the Plaintiff's, KATE ROSE, copyright.

18. The Defendant, KATIE WELCH's infringement has been undertaken knowingly and with intent to financially gain from the Plaintiff's, KATE ROSE, protected copyrighted work. Accordingly, the Defendant has directly, contributorily and vicariously infringed upon the Plaintiff's, KATE ROSE, copyrighted work.

19. Because of the Defendant's, KATIE WELCH, infringing acts, it has caused and is causing irreparable harm to the Plaintiff, KATE ROSE, for which she has no adequate remedy at law. Unless this Court restrains the Defendant, KATIE WELCH, from infringing upon the plaintiff's KATE ROSE, protected work, the harm will continue to occur in the future. Accordingly, the Plaintiff, KATE ROSE, is entitled to preliminary and permanent injunction to stop the Defendant, KATIE WELCH, from posting her music video entitled "Beg 4 It" in the public mainstream or for any use therefrom.

## Prayer for Relief

Plaintiff, KATELYN R. KREIZINGER a/k/a KATE ROSE, prays for a judgment in her favor against the Defendant, KATHERINE WELCH a/k/a KATIE WELCH, and that the Defendant, KATHERINE WELCH a/k/a KATIE WELCH:

    A. Be prohibited from placing her music video entitled "Beg 4 It" in public and on any and all social media outlets, including, but

    not limited to, YouTube and Instagram;

B. Remove her music video entitled "Beg 4 It" from any public domains, including any and every social media outlet, including, but not limited to, YouTube and Instagram;

C. Pay to the Plaintiff, KATE ROSE, all damages, including future damages, that the Plaintiff, KATE ROSE, has sustained or will sustain as a result of the acts complained of herein;

D. Be responsible for all attorneys' fees and costs associated with the bringing and resolution of this copyright infringement and injunction lawsuit;

E. Be enjoined from all further infringements of the music video entitled "Outside," of the Plaintiff, KATE ROSE, pursuant to an interlocutory injunction allowed by 17 U.S.C. § 502, to prevent or stop the infringement of copyright;

F. Be permanently enjoined from all further infringements of the music video entitled "Outside" of the Plaintiff, KATE ROSE, pursuant to a final injunction allowed by 17 U.S.C. § 502, to prevent or stop the infringement of copyright; and

G. Any and other further relief that the Honorable Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff, KATE ROSE, hereby demands a jury trial pursuant to Federal Rules of Civil Procedure 38.

>LOREEN I. KREIZINGER, P.A.
>Attorneys for Plaintiff
>Crexent Business Center - Suite 315
>2881 East Oakland Park Boulevard
>Fort Lauderdale, FL 33306
>(954) 766-8875
>(954) 728-3485 Fax
>Email:   Kreizingerlaw@aol.com
>              Brigitte@kreizingerlaw.com
>
>
>By */s/ Loreen I. Kreizinger*
>     LOREEN I. KREIZINGER
>     FLA. BAR NO. 855588